IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLUE SPHERE, INC. d/b/a LUCKY 13 and ROBERT KLOETZY, <br><br> Plaintiffs, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No. 23-cv-5493 <br><br> Judge Martha M. Pacold |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiffs, BLUE SPHERE, INC. d/b/a LUCKY 13 and ROBERT KLOETZY, and Defendant No. 133 "missmewow", also referred to as "Online Store 133", through undersigned counsel, hereby stipulate and agree to the voluntary dismissal of the Complaint relative to the above Defendant and the Answer [Dkt. No. 39] in this matter with prejudice. Each party shall bear its own attorney's fees and costs.

s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com

Attorneys for Plaintiffs
BLUE SPHERE, INC. d/b/a LUCKY 13 and
ROBERT KLOETZY

Dated: _____

s/Karli Sager
Karli Sager
Law Office of Karli Sager
542 Valley Street
San Francisco, CA 94131
(415) 269-8518
Email: ksagerlaw@gmail.com

Attorney for Defendant Nos. 133 "missmewow",

IT IS SO ORDERED:

_____
Martha M. Pacold
United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Stipulation of Voluntary Dismissal with Prejudice was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on January 10, 2024.

                                                s/Michael A. Hierl