IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLUE SPHERE, INC. d/b/a LUCKY 13 and ROBERT KLOETZY,<br><br>Plaintiffs,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, et al.,<br>Defendants. | Case No. 23-cv-5493<br><br>**Judge Martha M. Pacold**<br><br>**Magistrate Judge Beth W. Jantz** |

# ORDER

No remaining defendant has responded to plaintiffs' motion for entry of default and default judgment [47]. (Two appearing defendants were dismissed. *See* [63], [71].) The motion [47] is granted. Based on the evidence submitted in support of the temporary restraining order and the motion for entry of default and default judgment, and the admission of liability by virtue of the default, plaintiffs have established that the infringement was willful, that damages should be awarded in the amount of $100,000 per defendant, and that a permanent injunction should be entered. Plaintiffs have shown that the infringement of its marks causes it irreparable harm in the form of diminished goodwill and brand confidence, damage to plaintiffs' reputation, loss of exclusivity, and loss of future sales; that monetary damages are inadequate to address these harms; and that the public interest would not be disserved by a permanent injunction. No remaining defendant has appeared to argue otherwise, thus, the court also finds that the balance of the hardships favors an injunction. The ten-thousand-dollar ($10,000) surety bond posted by plaintiffs is hereby released to plaintiffs' counsel. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to plaintiffs' counsel Hughes Socol Piers Resnick & Dym, Ltd., 70 W. Madison St. Ste. 4000, Chicago, IL 60602, via certified mail. Enter Final Judgment Order. Terminate civil case.

Date: March 25, 2024 /s/ Martha M. Pacold