IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLUE SPHERE, INC. d/b/a LUCKY 13 and ROBERT KLOETZY,<br><br>Plaintiffs,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, et al.,<br>Defendants. | Case No. 23-cv-5493<br><br>**Judge Martha M. Pacold**<br><br>**Magistrate Judge Beth W. Jantz** |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiffs BLUE SPHERE, INC. d/b/a LUCKY 13 and ROBERT KLOETZY ("Plaintiffs") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Plaintiffs having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Plaintiffs having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

with the exception of Defendant No. 133 "missmewow", which filed an Answer on October 6, 2023, [Dkt. No. 39]

1

none of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiffs have provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiffs' federally registered trademarks (the "LUCKY 13 Trademarks") to residents of Illinois. In this case, Plaintiffs have presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the LUCKY 13 Trademarks. *See* Docket Nos.[12-22], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the LUCKY 13 Trademarks.

A list of the LUCKY 13 Trademarks is included in the below chart.

| Registration Number | Registered Trademark | International Classes |
|---|---|---|
| 2,970,316 | Lucky 13 | 18 and 26 |
| 2,974,104 | Lucky 13 | 12 |
| 3,022,964 | Lucky 13 | 6, 16 and 21 |
| 3,049,988 | Tatoo Your Soul | 25 and 35 |
| 3,207,294 | Lucky 13 | 25 and 35 |
| 3,250,642 | Lucky 13 | 14 |

| 4,380,254 | Grease Gas & Glory | 25 and 35 |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*).

Accordingly, this Court orders that Plaintiffs' Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the LUCKY 13 Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine LUCKY 13 product or not authorized by Plaintiffs to be sold in connection with the LUCKY 13 Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine LUCKY 13 product or any other product produced by Plaintiffs, that is not Plaintiffs' or not produced under the authorization, control, or supervision of Plaintiffs and approved by Plaintiffs for sale under the LUCKY 13 Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiffs, or are sponsored by, approved by, or otherwise connected with

Plaintiffs; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear any of Plaintiffs' trademarks, including the LUCKY 13 Trademarks, or any reproductions, counterfeit copies or colorable imitations.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order, shall, at Plaintiffs' choosing:

    a. transfer the Defendant Domain Names to Plaintiffs' control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Plaintiffs' selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Plaintiffs' selection; or

    b. disable the Defendant Domain Names and make them inactive and untransferable.

3. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Artistshot, Printerval, PingPong, AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Alipay, Amazon.com, PayPal, Inc. ("PayPal"), and TeePublic (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt

4

of this Order cease:

    a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the LUCKY 13 Trademarks; and

    b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the LUCKY 13 Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine LUCKY 13 product or not authorized by Plaintiffs to be sold in connection with the LUCKY 13 Trademarks.

4. Upon Plaintiffs' request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the LUCKY Trademarks.

5. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiffs are awarded statutory damages from each of the Defaulting Defendants in the amount of one-hundred thousand dollars ($100,000) for willful use of counterfeit LUCKY 13 Trademarks on products sold through at least the Defendant Internet Stores.

This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

6. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Artistshot, Printerval, PingPong, AliExpress, TeePublilc, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 6 above) or other of Defaulting Defendants' assets.

7. All monies (up to the amount of the statutory damages awarded in Paragraph 6 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Artistshot, Printerval, PingPong, AliExpress, TeePublic, Ant Financial, and Amazon Pay, are hereby released to Plaintiffs as partial payment of the above- identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Artistshot, Printerval, PingPong, AliExpress, TeePublic, Ant Financial, and Amazon Pay, are ordered to release to Plaintiffs the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

8. Until Plaintiffs have recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiffs shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

9. In the event that Plaintiffs identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiffs may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit [2] to the Declaration of Robert Kloetzy and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The ten-thousand dollar ($10,000) surety bond posted by Plaintiffs is hereby released to Plaintiffs or its counsel, Hughes Socol Piers Resnick & Dym, Ltd.  The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiffs or its counsel, Michael A. Hierl.

This is a Default Judgment.

Dated: March 25, 2024

/s/ Martha M. Pacold
United States District Judge

**Amended Schedule A**

| No. | Defendant Name / Alias |
|---|---|
| 1 | AFA DESIGNS |
| 2 | AmandaMCurtis |
| 3 | CesarRobertoRamirez |
| 4 | CruzChapman |
| 5 | dahavadarw |
| 6 | DustinYMeeks |
| 7 | iyoiyoin |
| 8 | johnjosephmenk |
| 9 | KelliBrimner |
| 10 | MDK ART |
| 11 | nawawi |
| 12 | parrowalerc |
| 13 | tervorrairs |
| 14 | TimothyJohnHickok |
| 15 | wanasboutryn |
| 16 | wempalandtk |
| 17 | zakarimullin |
| 18 | AK66 Store |
| 19 | Shop1102299671 Store |
| 20 | Shop1102659681 Store |
| 21 | Shop1102660653 Store |
| 22 | Shop1102666110 Store |
| 23 | Shop1102681437 Store |
| 24 | Shop1102694576 Store |
| 25 | Shop1102716526 Store |
| 26 | Shop1102719544 Store |
| 27 | Shop1102749414 Store |
| 28 | Shop1102751395 Store |
| 29 | Shop1102752355 Store |
| 30 | Shop1102752359 Store |
| 31 | Shop1102752361 Store |
| 32 | Shop1102772000 Store |
| 33 | Shop1102774870 Store |
| 34 | Shop1102776422 Store |
| 35 | Shop1102777004 Store |
| 36 | Shop1102786538 Store |
| 37 | Shop1102787576 Store |
| 38 | Shop1102789538 Store |
| 39 | Shop1102821828 Store |
| 40 | Amit Gupta |
| 41 | AMJAD AHDAB |
| 42 | Andrew Ross Sorkin |
| 43 | Anguilla Telugu Persis |
| 44 | Arcata |
| 45 | Ashutosh Singh |

| | |
|---|---|
| 46 | BareHandsBracelets |
| 47 | Ben Green |
| 48 | Ben Mcdonald |
| 49 | Ben Simpson |
| 50 | Bhargav Patel |
| 51 | Bhawna Verma |
| 52 | BilBishop |
| 53 | Brandon Peterson |
| 54 | Brian Corcoran |
| 55 | Brian James |
| 56 | Brian Thompson |
| 57 | Cameron Jones |
| 58 | Carla Pereira |
| 59 | Chabaski _ |
| 60 | Chaitanya Kumar |
| 61 | Charles Rowney |
| 62 | Ching Chong A Cheng |
| 63 | Chris Keller |
| 64 | Chris Martin |
| 65 | Chris Park |
| 66 | ChristinJohnson |
| 67 | Christophe Starace |
| 68 | Christopher Clarke |
| 69 | Collin Chikwira Phd Pgde Mcom Bcom |
| 70 | ConniWang |
| 71 | Courtney Brown |
| 72 | Cynthia Davis |
| 73 | Dan Price |
| 74 | DanieFischer |
| 75 | Danny Brown |
| 76 | Darlington b smith Smith |
| 77 | Darren Smith |
| 78 | DaviLawson |
| 79 | DaviLittle |
| 80 | DawooKhan |
| 81 | Daye Kim |
| 82 | Dean Williams |
| 83 | Douglas Felts |
| 84 | Eddie Wilson |
| 85 | Eduardo Lopez |
| 86 | Edward Hall |
| 87 | Elizabeth Bell |
| 88 | Emily King |
| 89 | Emma Fourie |
| 90 | Emmanuel Picq |
| 91 | Eric Turner |
| 92 | Erick Garcia |
| 93 | Erin Campbell |

| | |
|---|---|
| 94 | Esha Singh |
| 95 | Esteban Martinez |
| 96 | Evan Shapiro |
| 97 | Feroza Rimi |
| 98 | Flowerpecker |
| 99 | Gary Russell |
| 100 | GaylJennings O'byrne |
| 101 | Glen Brown |
| 102 | GoDesignByG |
| 103 | Greg Walters |
| 104 | Gregory Johnson |
| 105 | Guilherme Araujo |
| 106 | Guilherme Rocha |
| 107 | Gustavo Morais |
| 108 | Guy Harris |
| 109 | Ian Stewart |
| 110 | Ijaz Ali |
| 111 | Irapua Costa |
| 112 | Isaac Taylor |
| 113 | Krishna Chaitanya |
| 114 | Ladi |
| 115 | Lindsey Coxe |
| 116 | M Delights |
| 117 | Marta Veludo Studio |
| 118 | Mats-Peter Forss |
| 119 | Natasya Christiani Ray |
| 120 | NickColeman |
| 121 | Pacifica |
| 122 | Ravi Ranjan |
| 123 | Ravi Singh |
| 124 | Terumi Arai |
| 125 | Timothy Van Simaeys |
| 126 | ZoeGoodman |
| 127 | Adorline |
| 128 | ArashiC |
| 130 | deerokone |
| 131 | glitchygorilla |
| 132 | KutieKoot T's |
| 134 | MondoDellamorto |
| 135 | ShoppeMorbid |
| 136 | XxDontxThinkxX |
| 137 | abshato |
| 138 | Anma4547 |
| 139 | CassieKim |
| 140 | custom-designs |
| 141 | KelseyHachler |
| 142 | mbah mujilah |
| 143 | reeee3z |

| | |
|---|---|
| 144 | tandonwelters |
| 145 | TawanaTrina |
| 146 | tompa shirt |
| 147 | zuzumanin |
| 148 | DANG VAN NAM |
| 149 | enshishitanzhuishangmaoyouxiangongsi |
| 152 | MDBS Designs |
| 154 | Panda Treasure |
| 155 | Rankerxz |
| 156 | Sticker Sketch |
| 157 | TIDARAT CRAFT |
| 158 | VI KHANH SHOP |
| 160 | yuanjianminamz |
| 161 | 10JQK Sold Store |
| 162 | 242 Hot Art Case Store |
| 163 | ACHEZON Jewelry Store |
| 164 | AITUTU Store |
| 165 | Baseball-Caps Store |
| 166 | bcorobys Store |
| 167 | cancan-1 Store |
| 168 | Coffeecup Store |
| 171 | Dubbo Store |
| 172 | Earthsport |
| 173 | Fashion-Baseballhats Store |
| 174 | GlobalPhoneCase76 Store |
| 175 | Hakasing Store |
| 176 | Hihello78 Store |
| 178 | Maiyaca phone accessories Store |
| 179 | Men Loose Fashion Casual Clothes Store |
| 180 | Mesh-Hat Store |
| 181 | Motorrrad Racing Store |
| 182 | Mr Black 25 Store |
| 183 | OUSLY Official Store |
| 184 | RICARD 100 Store |
| 185 | Shop1102000136 Store |
| 186 | Shop1102000142 Store |
| 187 | Shop110200153 Store |
| 188 | Shop1102061294 Store |
| 189 | Shop1102517179 Store |
| 190 | Shop1102650779 Store |
| 191 | Shop1102660651 Store |
| 192 | Shop1102696540 Store |
| 193 | Shop1102699530 Store |
| 194 | Shop1102700133 Store |
| 195 | Shop1102710371 Store |
| 196 | Shop1102716515 Store |
| 197 | Shop1102716518 Store |
| 198 | Shop1102716524 Store |

| | |
|---|---|
| 199 | Shop1102718553 Store |
| 200 | Shop1102719562 Store |
| 201 | Shop1102725145 Store |
| 202 | Shop1102741306 Store |
| 203 | Shop1102745127 Store |
| 204 | Shop1102749059 Store |
| 205 | Shop1102750025 Store |
| 206 | Shop1102766271 Store |
| 207 | Shop1102776445 Store |
| 208 | Shop1102788505 Store |
| 209 | Shop1102789539 Store |
| 210 | Shop1102790079 Store |
| 211 | Shop1102790519 Store |
| 212 | Shop1102818645 Store |
| 213 | Shop1102818649 Store |
| 214 | Shop1102822923 Store |
| 215 | & Servicindustries |
| 216 | AhmeTarek |
| 217 | Bobby L'heureux |
| 218 | Brian Cooper |
| 219 | Brian Lewis |
| 220 | Brock Francom |
| 221 | Bruno Cruz |
| 222 | Bruno Jesusss |
| 223 | Bruno Rocha |
| 224 | Camila Miranda |
| 225 | CaroChen |
| 226 | Damba Radnaev |
| 227 | DanieMakwaba |
| 228 | Day Dream Design Boutique |
| 229 | Deepak Kapoor |
| 230 | Dragonfly |
| 231 | Emad Ibrahim |
| 232 | Eric Hess |
| 233 | Eslam Mostafa |
| 234 | Gabriel Miranda |
| 235 | Gary Noble |
| 236 | Ibrahim Gilani |
| 237 | Ira Weiss |
| 238 | Isha Garg |
| 239 | James J Brady Iii |
| 240 | M Ann Page Cpwa Cima Crpc Cepa |
| 241 | Maria Maramag Cfp |
| 242 | Max Demin |
| 243 | MoncivaisMakilah |
| 244 | Naveen Sharma |
| 245 | Rosamond |
| 246 | Tin Salamunic |

| | |
|---|---|
| 247 | carter37601 |
| 248 | retro-typo |
| 249 | sensgraf |